*receipt #60853*

FILED
2010 NOV 18 PM 1:08
[stamp: COURT OF OHIO]

| Case | Debtor / Details |
|---|---|
| 07-63417 | HARRIET MCCLOSKY<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461794 FOR $10.72<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |
| 07-63417 | HARRIET MCCLOSKY<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461795 FOR $17.26<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |
| 08-60119 | MURL HEEFNER<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461796 FOR $95.55<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |
| 08-60180 | STEPHEN ROMAN<br>MARILYN ROMAN<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461797 FOR $88.93<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |
| 08-60499 | JOSEPH PETERS<br>DEBORAH PETERS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461798 FOR 106.71<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |
| 08-61216 | JOSEPH GINGRICH<br>TRISHA GINGRICH<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461799 FOR $62.52<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |